IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF WYOMING

| | | |
|---|---|---|
| GREGG B. COLTON and CINDY H. COLTON, as Trustees of the GREGG B. COLTON TRUST, on behalf of themselves and a class of similarly situated persons, | } } } } } | |
| Plaintiffs, | } } | |
| v. | } } } | Case No. 1:22-CV-00149-ABJ |
| HILCORP ENERGY DEVELOPMENT, LP, | } } } | |
| Defendant. | } | |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER (1) PROVISIONALLY CERTIFYING AN OPT-OUT SETTLEMENT CLASS, (2) PRELIMINARILY APPROVING CLASS SETTLEMENT, (3) APPROVING NOTICE TO SETTLEMENT CLASS MEMBERS, (4) ESTABLISHING OPT-OUT AND OBJECTION PROCEDURES, AND (5) SETTING A FINAL HEARING DATE TO CONSIDER FINAL APPROVAL OF THE CLASS SETTLEMENT AND REQUESTED ATTORNEYS' FEES, LITIGATION EXPENSES, AND INCENTIVE AWARD**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs Gregg B. Colton and Cindy H. Colton, as Trustees of the Gregg B. Colton Trust, on behalf of themselves and all others similarly situated ("Plaintiffs"), respectfully move this Court for its order (1) provisionally certifying two Federal Rule of Civil Procedure 23(b)(3) settlement classes; (2) preliminarily approving the parties' settlement (the "Settlement"); (3) appointing Plaintiffs as the class representatives for the Settlement Classes; (4) appointing Plaintiffs' attorneys, George Barton, Stacy Burrows, and Seth Jones, as the attorneys for the Settlement Classes ("Class Counsel"); (5) approving the proposed notice of the class action settlement (the "Notice") to be sent to the members of each settlement class (the "Settlement Classes"); (6) establishing the deadline for members of the Settlement

Classes to exclude themselves from the Settlement; (7) establishing the deadline for members of the Settlement Classes to submit objections to, or comments on, the Settlement; (8) establishing deadlines for the parties to file a motion for final approval of the Settlement, and for Class Counsel to file their requests for attorneys' fees, litigation expense reimbursements, and an incentive award to the Plaintiffs; and (9) establishing a time and date for the hearing to consider final approval of the Settlement, and to consider Class Counsel's requests for attorneys' fees, litigation expense reimbursements, and an a case contribution award to the Plaintiffs.

Plaintiffs have detailed their arguments in support of the relief requested in this Motion, in their Brief in Support of this Motion, which is being filed contemporaneously herewith.

May 30, 2025

Respectfully submitted,

*/s/ Stacy A. Burrows*
Stacy A. Burrows
George A. Barton
Seth K. Jones
BARTON AND BURROWS, LLC
5201 Johnson Drive, Suite 110
Mission, KS 66205
Telephone: (913)-563-6250
Email: george@bartonburrows.com
stacy@bartonburrows.com

and

*/s/ Kelly Shaw*
Kelly Shaw
Travis W. Koch
KOCH LAW, P.C.
121 W. Carlson Street, Suite 3
Cheyenne, WY 82009
Email: kshaw@kochlawpc.com
tkoch@kochlawpc.com

**Attorneys for Plaintiffs**

2

## **CERTIFICATE OF SERVICE**

I certify that on May 30, 2025, I filed the foregoing through the CM/ECF system, which caused service to be made on the following:

Lindsay A. Woznick, #6-3954
Amanda M. Good, #6-4094
CROWLEY FLECK PLLP
511 West 19th Street, Suite 100
Cheyenne, WY 82001
Phone: (307) 426-4100
Fax: (307) 426-4099
lwoznick@crowleyfleck.com
mgood@crowleyfleck.com

and

Gregg C. Laswell – *pro hac vice*
Texas State Bar #11971500
HICKS THOMAS LLP
700 Louisiana, Suite 2300
Houston, Texas 77002
Phone: (713) 547-9100
Fax: (713) 547-9150
glaswell@hicks-thomas.com

***Attorneys for Defendant***
***Hilcorp Energy Development, LP***

*/s/ Stacy A. Burrows*
Stacy A. Burrows

3