FILED



11:28 am, 9/23/25

**Margaret Botkins**
**Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

Gregg B. Colton, and
Cindy H. Colton, as Trustees of the
Gregg B. Colton Trust,
on behalf of themselves and a class of
similarly situated persons,

    Plaintiffs,

v.

Hilcorp Energy Development, LP,

    Defendant.

Civil Action No. 22-CV-00149-ABJ

### ORDER GRANTING DEFENDANT HILCORP ENERGY DEVELOPMENT, LP'S UNOPPOSED MOTION FOR THE COURT TO ALLOW CLASS MEMBER'S UNTIMELY NOTICE FOR EXCLUSION FROM THE SETTLEMENT

Before the Court is Defendant Hilcorp Energy Development, LP's ("Hilcorp") *Unopposed Motion for the Court to Allow Class Member's Untimely Notice for Exclusion from the Settlement* ("Unopposed Motion"). For good cause shown, Hilcorp's Unopposed Motion is GRANTED. EOG Resources, Inc.'s notice of exclusion is accepted, and EOG Resources, Inc. is excluded from any class certified for settlement purposes in this action and from the parties' settlement.

IT IS SO ORDERED.

Dated this 23 day of September 2025

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE