

**FILED**

3:38 pm, 9/24/25

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GREGG B. COLTON and CINDY H. COLTON, as Trustees of the GREGG B. COLTON TRUST, on behalf of themselves and a class of similarly situated persons,<br><br>Plaintiff,<br><br>VS.<br><br>HILCORP ENERGY DEVELOPMENT, LP<br><br>Defendant, | Case No. 1:22-CV-149-ABJ |

### JUDGMENT IN A CIVIL ACTION

The Court issues this judgment after granting Plaintiff's Motion for Final Approval of Class Action Settlement. (ECF No. 98). Pursuant to the Parties' Settlement Agreement and this Court's Order, the Court determines that it is appropriate to enter final judgment in this case.

Pursuant to the provisions of the Order Granting Final Approval of Class Action Settlement (ECF No. 107), all claims asserted by Class Representatives in this Litigation and all Released Claims of the Participating Class Members are hereby DISMISSED

WITH PREJUDICE to the refiling of the same or any portion thereof by or against the Released Parties.

Dated this 24TH day of September, 2025.

                                                    */s/ Alan B. Johnson*
                                                    Alan B. Johnson
                                                    United States District Judge